Andre L. Verdun (SBN 265436)
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

Eric A. LaGuardia (SBN 272791)
**LAGUARDIA LAW**
3245 University Ave, #1
San Diego, CA 92104
Tel.  (619) 655-4322
Fax.  (619) 655-4344
eal@laguardialaw.com

Attorneys for Plaintiff,
TAMARA DIAZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMARA DIAZ,** an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>**ALTERNATIVE RECOVERY MANAGEMENT**, an assumed name for the Kubler Corporation,<br><br>Defendant. | Case No.: 12CV1742 MMA BGS<br><br>**JOINT MOTION TO DISMISS CASE** |

**THE PARTIES HEREBY STIPULATE** that this case shall be dismissed with prejudice and all future dates shall be vacated. In addition, each party to this action, and the Ninth Circuit case number 14-55235, shall bare their own attorney fees and costs.

Dated this: September 3, 2015

s/ Andre L. Verdun
Andre L. Verdun
CROWLEY LAW GROUP
Attorney for Plaintiff

Dated this September 3, 2015

 s/ Mark Spencer
Mark Spencer
Attorney for Defendant