# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DIAZ,<br><br>          Plaintiff,<br><br> vs.<br><br>ALTERNATIVE RECOVERY MANAGEMENT,<br><br>          Defendant. | Case No. 12cv1742-MMA BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 91] |

The parties have filed a joint motion to dismiss this case with prejudice and vacate all future dates. In addition, each party to this action and the Ninth Circuit case numbered 14-55235 have stipulated to bearing their own attorney's fees and costs. Accordingly, good cause appearing, the Court hereby **GRANTS** the joint motion and dismisses this case with prejudice. The Clerk of Court is instructed to close the case.

  **IT IS SO ORDERED.**

Dated: September 14, 2015

                 Hon. Michael M. Anello
                 United States District Judge